

The St. Botolph Building
138 Houndsditch
London
EC3A 7AR
United Kingdom
Telephone: +44 (0) 20 7876 5000
Facsimile: +44 (0) 20 7876 5111
DX 160030 Lime Street 5
http://www.clydeco.com

**By Post & Email**
King & Spalding LLP
125 Old Broad Street
London
EC2N 1AR

Attn:  Ben Williams/Tom Sprange / Egishe Dzhazoyan/
Ruth Byrne / Clare Lynch / Lisa Wong / David McCoy
bwilliams@kslaw.com
tsprange@kslaw.com
edzhazoyan@kslaw.com
rbyrne@kslaw.com
clynch@kslaw.com
lwong@kslaw.com
dmccoy@kslaw.com

**By Email only**
Attn:  Reginald R. Smith / Kenneth Fleuriet / Kevin Mohr
rsmith@kslaw.com
kfleuriet@kslaw.com
kmohr@kslaw.com

| Our Ref | Your Ref | Date |
|---|---|---|
| ACB/MBK/1113721 | | 2 April 2015 |

Dear Sirs

**Ascom Grup S.A ("Ascom") vs Vitol FSU B.V. ("Vitol FSU")**
**UNCITRAL Arbitration**

We are writing to you in your capacity as the legal representatives of Ascom Group SA in the above arbitration reference to advise you that our New York office was served yesterday by the Republic of Kazakhstan ("**RoK**") with a subpoena duces tecum issued by the United States District Court for the Southern District of New York (the "**Subpoena**") requiring our firm to produce the documents set out in Schedule A thereto.

A copy of the Subpoena together with what we understand to be the RoK's petition to the United States District Court for the Southern District of New York, the various papers that were submitted in connection with this petition and the Order Justice Wood dated 30 March 2015 (the "**Order**") directing our firm to comply with the Subpoena are enclosed.

As you will appreciate, our firm is now under a legal obligation, by reason of the Order, to produce the documents covered by the Subpoena and we draw your attention to the fact that, under the terms of the Subpoena, disclosure needs to be given by 10 April 2015.

Yours faithfully

*Clyde & Co LLP*
Clyde & Co LLP

Enc.

UK1\44177301.1

Clyde & Co LLP is a limited liability partnership registered in England and Wales under number OC326539 and is authorised and regulated by the Solicitors Regulation Authority.  A list of members is available for inspection at its registered office The St Botolph Building, 138 Houndsditch, London EC3A 7AR.  Clyde & Co LLP uses the word "partner" to refer to a member of the LLP, or an employee or consultant with equivalent standing and qualifications.