




# Legal notices

**This page contains the following legal notices:**

1. Global legal structure and regulatory information
2. Terms and conditions for use of this website

## 1. GLOBAL LEGAL STRUCTURE OF CLYDE & CO

Clyde & Co LLP and its subsidiaries and affiliates practise law under the trading name Clyde & Co.

**Clyde & Co LLP**

Clyde & Co LLP has its headquarters at its registered office, The St Botolph Building, 138 Houndsditch, London, EC3A 7AR, United Kingdom.

It also has branches in the following locations:

- Guildford
- Manchester
- Oxford
- Paris
- Nantes
- Dubai
- Abu Dhabi
- Doha (Qatar Financial Centre)

Clyde & Co LLP is a limited liability partnership registered in England and Wales with registered number OC326539 and is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA").  The term "partner" is used to refer to a member of Clyde

& Co LLP or an employee or consultant with equivalent standing and qualifications or an individual with equivalent status in one of Clyde & Co LLP's subsidiaries and affiliates.  A list of the members of Clyde & Co LLP and of the non-members who are designated as partners is open to inspection at its registered office at The St Botolph Building, 138 Houndsditch, London, EC3A 7AR, United Kingdom.  Members are either solicitors or registered foreign lawyers.

You can access the SRA's rules by clicking on the following link: http://www.sra.org.uk/code-of-conduct.page

The Qatar Financial Centre branch is licensed by the Qatar Financial Centre Authority.

### Clyde & Co Claims LLP

Clyde & Co Claims LLP, a wholly owned subsidiary of Clyde & Co LLP, practises in Manchester, Oxford and London.  Clyde & Co Claims LLP is a limited liability partnership registered in England and Wales under number OC344148 and is a law firm authorised and regulated by the SRA.  The term "partner" is used to refer to a member of Clyde & Co Claims LLP or an employee or consultant with equivalent standing and qualifications.  A list of the members of Clyde & Co Claims LLP and of the non-members who are designated as partners is open to inspection at its registered office at The St Botolph Building, 138 Houndsditch, London, EC3A 7AR, United Kingdom.  Members are either solicitors or registered foreign lawyers.

### Other practice locations

Practice information for other Clyde & Co locations is as follows:

### Australia

Clyde & Co Australia practises as Clyde & Co in Sydney, Perth, Melbourne and Brisbane and is a multi-disciplinary partnership registered with the Law Society of New South Wales (NSW) with ABN 72157316912.

A list of the partners of Clyde & Co Australia is open to inspection at its registered office at 420 George Street, Sydney, NSW 2000.

### Brazil

Clyde & Co Sociedade de Consultores em Direito Estrangeiro/Direito Ingles is a representative office of Clyde & Co LLP registered as a Foreign Law Consultant Firm with the Brazilian Bar Association.

### Canada

Clyde & Cie Canada S.E.N.C.R.L / LLP practises as Clyde & Co in Montreal and Toronto and is a limited liability partnership formed under the laws of Quebec.

### China

The partnership of Clyde & Co Hong Kong practises as Clyde & Co in Hong Kong. Clyde & Co Hong Kong has representative offices in Shanghai and Beijing. Clyde & Co Hong Kong is regulated by the Law Society of Hong Kong. You can access the Society's rules by clicking on the following linkhttp://www.hklawsoc.org.hk/

In addition, Clyde & Co Westlink is a joint law venture between Clyde & Co and Chongqing law firm Westlink Partnership. The joint law venture is licenced by the PRC Ministry of Justice/Chongqing Bureau of Justice.

### Greece

Clyde & Co (Greece) LLP practises as Clyde & Co in Piraeus and is a limited liability partnership registered in England and Wales under number OC326540.  Clyde & Co (Greece) LLP is authorised and regulated by the SRA. The term "partner" is used to refer to a member of Clyde & Co (Greece) LLP or an employee or consultant with equivalent standing and qualifications.  A list of the members of Clyde & Co (Greece) LLP and of non-members who are designated as partners is open to inspection at its registered office at The St Botolph Building, 138 Houndsditch, London, EC3A 7AR, United Kingdom.  Members are either solicitors or registered foreign lawyers.

### Libya

Clyde & Co Technical Services JSC practises as Clyde & Co in Tripoli and is a joint stock company incorporated in Libya as a joint venture between Clyde & Co LLP, Al Itqan International Consultancies and Services Company LLC and Albudery Ramadan Shariha.  Clyde & Co Technical Services JSC is licensed by the Ministry of Economy and is registered at the Ministry of Manpower and Immigration as a Technical Services and Legal Consultancy in Libya.

### Singapore

Clyde & Co Clasis Singapore Pte. Ltd. practises as Clyde & Co Clasis Singapore and is a Joint Law Venture between Clyde & Co LLP and Singapore law firm Clasis LLC.  Clyde & Co Clasis Singapore Pte. Ltd. is a limited liability company registered in Singapore under No. 201316191K and is licensed and regulated by the Attorney-General of Singapore.

### South Africa

Daniel Le Roux & Associates Inc practises as Clyde & Co in Johannesburg and Cape Town and is a personal liability company incorporated in South Africa with registration number 2014/107150/21.

### Spain

Clyde Abogados SLP practises as Clyde & Co in Madrid.  Clyde Abogados SLP is registered with the Madrid Companies Registry, page M-558971, Volume 31057, Folio 8. Tax identification No. B86709888.

### Tanzania

Clyde & Co Tanzania practises as Clyde & Co in Dar es Salaam.  Clyde & Co Tanzania is a partnership between Clyde & Co (Tanzania) LLP and Kibuta Ongwamuhama of Ako Law, a Tanzanian law firm.

### United States of America

Clyde & Co US LLP practises as Clyde & Co in Atlanta, New Jersey, New York, San Francisco and Newport Beach.  Clyde & Co US LLP is a limited liability partnership formed under the laws of the State of Delaware.

Some of the contents of this website may constitute attorney advertising under the New York Rules of Professional Conduct. The following statement is made in accordance with those rules: ATTORNEY ADVERTISING. PRIOR RESULTS DO NOT GUARANTEE A SIMILAR OUTCOME.

### Venezuela

Despacho de Abogados, miembros de la Firma Internacional de Abogados Clyde & Co practises as Clyde & Co in Caracas.  Despacho de Abogados, miembros de la Firma Internacional de Abogados Clyde & Co is a civil society of Venezuelan lawyers, domiciled in Caracas and registered at the Subordinate Registry for the First Circuit of the State of Miranda.

### Kingdom of Saudi Arabia

Clyde & Co LLP Lawyers and Legal Consultants practices as Clyde & Co in Riyadh. Clyde & Co LLP Lawyers and Legal Consultants is a company incorporated in the Kingdom of Saudi Arabia with commercial registration number 1010423954 and professional licence number 323/12/587.

### Associations

Clyde & Co LLP also has association arrangements with local law firms in the following countries:

- India:  Clasis Law, Mumbai and New Delhi
- Indonesia:  Lubis Ganie Surowidjojo, Jakarta
- Mongolia: Khan Lex Advocates, Ulaanbaatar
- Russian Federation: Musin & Partners, St Petersburg

### Other regulatory information

### Anti-money laundering

In the UK and other jurisdictions in which we operate, we are required to identify clients for the purpose of applicable anti-money laundering legislation. This means that when we first receive instructions from a client, we are required to identify both our client and (if applicable) the client's

beneficial owner(s) and to verify those identities.  We may therefore ask you to provide us with appropriate evidence of identity or other information, which we will retain. If satisfactory evidence or information is not provided within a reasonable time of our request we may have to stop acting for you.

**Professional indemnity insurance**

In the UK and other jurisdictions in which we operate, we are required to have in place professional indemnity insurance.  Our insurers are QBE Insurance (Europe) Limited of Plantation Place, 30 Fenchurch Street, London, EC3M 3BD.  Our insurance covers our professional services in the United Kingdom and worldwide.

**UK – Financial Services and Markets Act 2000**

Clyde & Co LLP and Clyde & Co Claims LLP are not authorised by the Financial Conduct Authority of the UK to conduct regulated activities under the Financial Services and Markets Act 2000 (FSMA) but are included on the register of exempt professional firms maintained by the Financial Conduct Authority so as to permit the carrying on of certain regulated activities such as insurance mediation (which is broadly the advising on, selling and administration of insurance contracts) as an incidental part of our normal professional services.  The Law Society is our designated professional body for the purposes of FSMA.  The register of exempt professional firms can be accessed via the Financial Conduct Authority's website at www.fca.org.uk/register

## 2. TERMS AND CONDITIONS FOR USE OF THIS WEBSITE

This website is owned by Clyde & Co LLP. You agree to use this site for lawful purposes only and in a manner which is consistent with any and all applicable law and regulation in the country in which you access this site.  Your use of this site should not infringe the rights of, or restrict or inhibit the use and enjoyment of this site by any third party.  You agree not to import or transfer to this site either directly or indirectly any information or other content which is or may be inaccurate, misleading, defamatory, obscene or offensive or in breach of any intellectual property right or similar right or damaging to the software or performance of this site.

**Copyright**

Unless otherwise stated, all rights, including copyright and database rights, in this site and its contents are owned by (or licensed to) us or otherwise used by us as permitted by applicable law.  You may access the contents of the site only for your own private use or internal use within your employer's organisation, but not for any commercial or public use.  You may download and use the service on a single CPU at a time and you can print out hard copies of any part of the content on the Site for your personal use or use within your employer's organisation.  Except where your use is permitted above or by copyright law, you may not otherwise copy, store in any medium (including any other web site), distribute, transmit, re-transmit, broadcast, modify or show in public any part of this site without our prior written permission.

## Links

Where we provide hypertext links to other web sites or contacts, we do so for information purposes only and such links do not constitute an endorsement or recommendation by us of any products or services in such sites. You use such links entirely at your own risk and we accept no responsibility for the content or use of such web sites or for the information contained on such sites (including any web site through which you may have gained access to our web site). You may not link to this site, nor frame it without our written permission.

## Website pages made before 1 May 2007

Before 1 May 2007, the law firm 'Clyde & Co' was a general partnership set up under English law with subsidiary undertakings. Although this website includes documents produced before then, nothing in them means that Clyde & Co LLP or any limited liability affiliate is a general partnership or has unlimited liability.

## Disclaimer

Although we take pride in this site, please note that the information posted on it is for general information purposes only and, at times, may be incomplete, out of date or inaccurate. It does not claim to be comprehensive or provide legal or other advice. Articles and other publications on this site are current as of their date of publication and do not necessarily reflect the present law or regulations. For these reasons, we do not intend the information on or downloaded from this site to supplement or be a substitute for the expertise and judgement of your independent legal advisor. Any reliance on this information is solely at your own risk. Accordingly, to the fullest extent permitted by applicable law, we exclude any liability or responsibility for any loss which may arise from reliance upon information appearing on this site or arising from access to or use of information posted on or downloaded from this site.

## Contacting Us

If you are in doubt as to the accuracy and currency of any information posted on or downloaded from this site, or if you require any further information, please contact us at sitemanager@clydeco.com

## Severability

Should any part of these terms and conditions for any reason be declared invalid by a court of competent jurisdiction, such determination shall not affect the validity of any remaining portion and such remaining portion shall remain in full force and effect as if the invalid portion of these terms and conditions had been eliminated.

## Governing Law and jurisdiction

These terms and conditions and your use of this site are governed by English law. Disputes arising out of these terms and conditions shall be subject to the exclusive jurisdiction of the English courts.

## ⓘ Our website

| Legal Notices | › |
| --- | --- |
| Privacy and cookie policy | › |
| Scam emails & letters | › |
| Accessibility | › |
| Citrix log in | › |

TOP

## ☰ Menu

| Home | › |
| --- | --- |
| Lawyers | › |
| Experience | › |
| Locations | › |
| Firm | › |
| News | › |
| Insight | › |
| Careers | › |
| Contact us | › |
| ⚠ Emergencies | › |


## Latest updates

Sanctions Update: P5+1 agree framework for lifting of sanctions ›

New Announcement: Measures Impacting Commercial Agencies in the Kingdom of Saudi Arabia (KSA) ›

Developing India's railways ›

Constructing railways in the UAE: liability for defective work ›


## Nearest offices

### Guildford
+44 (0) 20 7876 5000
infoguildford@clydeco.com

### London
+44 (0) 20 7876 5000

### Manchester
+44 (0) 161 829 6400

### Oxford
+44 (0) 1865 336 600

## ♥ Follow

 


## Help

Legal notices ›

Privacy & cookie notice ›

Scam emails & letters ›

Accessibility ›

Citrix log in ›

© Copyright 2015