# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., <br><br> Petitioners, <br><br> v. <br><br> REPUBLIC OF KAZAKHSTAN, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-1638-ABJ |

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S
<u>OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD</u>**

# EXHIBIT 2

## ARBITRATION INSTITUTE OF THE STOCKHOLM CHAMBER OF COMMERCE
WORLDWIDE DISPUTE RESOLUTION SERVICES

Stockholm, 5 August 2010

**The Republic of Kazakhstan**  *By courier*
Att: Ministry of Justice of the Republic of
Kazakhstan
House of the Ministries
Entrance 13
010000 Astana
Kazakstan

116/2010

### Arbitration V (116/2010): 1. Anatolie Stati  2. Gabriel Stati  3. Ascom Group S.A  4. Terra Raf Trans Traiding Ltd. ./. The Republic of Kazakhstan

Anatolie Stati, Gabriel Stati, Ascom Group S.A and Terra Raf Trans Traiding Ltd. have commenced arbitration in accordance with the Arbitration Rules of the Arbitration Institute of the Stockholm Chamber of Commerce (the Arbitration Rules).

In accordance with Article 5 of the SCC Rules, you are requested to submit an Answer to the SCC, by 26 August 2010 at the latest.

Your Answer shall contain comment on the seat of arbitration and on the proposition of the Claimants that the Chairperson be selected by the party-appointed arbitrators.

The Answer may be brief.

Where appropriate, you shall also submit to the SCC a Power of Attorney for your counsel.

Yours sincerely,

ARBITRATION INSTITUTE OF THE
STOCKHOLM CHAMBER OF COMMERCE

Natalia Petrik
Legal Counsel
natalia.petrik@chamber.se

Copy:   Reginald R. Smith
        Kenneth R. Fleuriet
        Adrian Bulboaca

**ARBITRATION INSTITUTE OF THE STOCKHOLM CHAMBER OF COMMERCE**
WORLDWIDE DISPUTE RESOLUTION SERVICES

Encl:   Request for Arbitration
        Arbitration Rules

**ARBITRATION INSTITUTE OF THE STOCKHOLM CHAMBER OF COMMERCE**

WORLDWIDE DISPUTE RESOLUTION SERVICES

Stockholm, 5 August 2010

The case has been registered as

**Arbitration V (116/2010): 1. Anatolie Stati  2. Gabriel Stati  3. Ascom Group S.A  4. terra Raf Trans Traiding Ltd. ./. The Republic of Kazakhstan**

The following persons at the SCC Secretariat will administer the case.

**Natalia Petrik**
Legal Counsel
natalia.petrik@chamber.se
Dir.tel: +46 8 555 100 58

**Christina Franzén-Papazov**
Assistant
Christina.franzen-papazov@chamber.se
Dir.tel: +46 8 555 100 51

Should you have any questions concerning the case or otherwise regarding the activities of the SCC, please do not hesitate to contact us.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANATOLIE STATI; GABRIEL STATI; )
ASCOM GROUP, S.A.; TERRA RAF )
TRANS TRAIDING LTD., )
                                                         )
       Petitioners, )
                                                          ) Civil Action No. 1:14-cv-1638-ABJ
   v. )
REPUBLIC OF KAZAKHSTAN, )
       Respondent. )

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S**
**OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD**

# EXHIBIT 3

# DHL Express Shipment Waybill

**Waybill No:** 29 3137 2452
**Origin:** STO
**Date:** 08/09

## 1. Payer account number and insurance details
- Charge to: ☒ Shipper
- Payer Account No.: 200540896
- Shipment Insurance: (not selected)
- Payment: (not selected)

## 2. From (Shipper)
- Shipper's reference: 116/2010
- Company name: STOCKHOLMS HANDELSKAMMARE SERVICE AB JAKOBS TORG 3
- Address: STOCKHOLM, SWEDEN
- Postcode/Zip Code: SE-111 53
- Contact name: Maria Gialda
- Phone: +46 (0)8 555...

## 3. To (Receiver)
- Company name: The Republic of Kazakhstan
- Delivery address: Att: Ministry of Justice of the Republic of Kazakhstan, House of the Ministries, Entrance 13, 010000 Astana
- Postcode/Zip Code: 010000
- Country: Kazakhstan
- Phone: +7 7172 740 737

## 4. Shipment details
- Total number of packages: 1
- Total Weight: 5 kg
- Description: Doc

## 7. Shipper's agreement (Signature required)
- Signature: M. Gialda
- Date: 10/08/05

DHL | Spåra     Sida 1 av 2

Case 1:15-mc-00081-P1 Document 19-1 Filed 04/27/15 Page 8 of 17

Case 1:14-cv-01638-ABJ Document 20-4 Filed 02/26/15 Page 3 of 3



Sve

| Express | Logistics | Mail | Press | Karriär | Om DHL |



> DHL Sverige | > Express | **Spåra**

## Spåra DHL Express-försändelser

DHL:s onlineverktyg för godssökning är det snabbaste sättet att ta reda på var din försändelse befinner sig. Du behöver inte ringa kundservice – vi ger dig detaljerad information på webben om var i DHL:s nätverk din försändelse finns på vägen mot destination.

### Express
- Skicka
- **Spåra**
  - Övervaka försändelser
  - Vanliga frågor om godssökning
  - Spåra med avsändarens referensnummer
  - Fler godssökningsverktyg
- Exporttjänster
- Importtjänster
- Inrikestjänster
- Tillvalstjänster
- Industry Solutions
- Infocenter

Bookmark Us

### Sökresultat

**Fraktsedelsnummer: 2931372452**
**Underskriven av: IIBRAEVA**

måndag, Augusti 09, 2010 k
Avsändarområde: > ARLAND
Destinationsområde: > AST/

| | måndag, Augusti 09, 2010 | Ort |
|---|---|---|
| 20 | Försändelsen levererad, mottagen av : IIBRAEVA | ASTANA - KAZAKHSTAN |
| 19 | Ute för leverans med kurir | ASTANA - KAZAKHSTAN |
| 18 | Anlänt till DHLs leveranskontor i ASTANA - KAZAKHSTAN | ASTANA - KAZAKHSTAN |
| | **lördag, Augusti 07, 2010** | **Ort** |
| 17 | Lämnat DHLs station i ALMATY - KAZAKHSTAN | ALMATY - KAZAKHSTAN |
| 16 | Hanterad i ALMATY - KAZAKHSTAN | ALMATY - KAZAKHSTAN |
| 15 | Tullbehandling klar på ALMATY - KAZAKHSTAN | ALMATY - KAZAKHSTAN |
| 14 | Försenad vid klarering | ALMATY - KAZAKHSTAN |
| 13 | Anlänt till DHLs sortering i ALMATY - KAZAKHSTAN | ALMATY - KAZAKHSTAN |
| | **fredag, Augusti 06, 2010** | **Ort** |
| 12 | Lämnat DHLs station i AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLAN |
| 11 | Hanterad i AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLAN |
| 10 | Anlänt till DHLs sortering i AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLAN |
| 9 | Lämnat DHLs station i LEIPZIG - GERMANY | LEIPZIG - GERMANY |
| 8 | Hanterad i LEIPZIG - GERMANY | LEIPZIG - GERMANY |
| 7 | Anlänt till DHLs sortering i LEIPZIG - GERMANY | LEIPZIG - GERMANY |
| | **torsdag, Augusti 05, 2010** | **Ort** |
| 6 | Lämnat DHLs station i ARLANDA - SWEDEN | ARLANDA - SWEDEN |
| 5 | Hanterad i ARLANDA - SWEDEN | ARLANDA - SWEDEN |
| 4 | Anlänt till DHLs sortering i ARLANDA - SWEDEN | ARLANDA - SWEDEN |
| 3 | Lämnat DHLs station i STOCKHOLM - SWEDEN | STOCKHOLM - SWEDEN |
| 2 | Hanterad i STOCKHOLM - SWEDEN | STOCKHOLM - SWEDEN |
| 1 | Försändelse hämtad | ARLANDA - SWEDEN |

Dölj detaljerade uppgifter

Prova att spåra igen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD.,<br><br>Petitioners,<br><br>v.<br><br>REPUBLIC OF KAZAKHSTAN,<br><br>Respondent. | Civil Action No. 1:14-cv-1638-ABJ |

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S**
**OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD**

# EXHIBIT 4



## ARBITRATION INSTITUTE
OF THE STOCKHOLM CHAMBER OF COMMERCE

Stockholm, 27 August 2010

**The Republic of Kazakhstan**  *By courier*
Att: Ministry of Justice of the Republic
of Kazakhstan
House of the Ministries
Entrance 13
010000 Astana
Kazakhstan

116/2010

**Arbitration V (116/2010): 1. Anatolie Stati  2. Gabriel Stati  3. Ascom Group S.A
4. Terra Raf Trans Traiding Ltd. ./. The Republic of Kazakhstan**

We refer to our letter, dated 5 August 2010.

You are hereby reminded to submit an Answer in accordance with Article 5 of the SCC Rules and, where appropriate, a Power of Attorney. The Answer shall be submitted by 10 September 2010, at the latest.

Please be informed that failure to submit an Answer does not prevent the arbitration from proceeding.

Yours sincerely,

ARBITRATION INSTITUTE OF THE
STOCKHOLM CHAMBER OF COMMERCE


Natalia Petrik
Legal Counsel
natalia.petrik@chamber.se

Copy *(by e-mail)*:
Reginald R. Smith
Kenneth R. Fleuriet
Adrian Bulboaca

| Mailing address | Visiting address | Phone | Fax | E-mail | Webbsite |
|---|---|---|---|---|---|
| Box 16050 | Jakobs Torg 3 | +46 8 555 100 50 | +46 8 566 316 50 | arbitration@chamber.se | www.sccinstitute.com |
| SE-103 21 Stockholm | Stockholm | | | | |
| Sweden | Sweden | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD.,

Petitioners,

v.

REPUBLIC OF KAZAKHSTAN,

Respondent.

Civil Action No. 1:14-cv-1638-ABJ

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S
OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD**

# EXHIBIT 5




**DELIVERY SHEET**

*310810TSETSETS06A03*

DELIVERY DATE: 31/08/2010  TIME: 09:20  ROUTE: TS06  A  COURIER: 0010     Service Area: TSE / TSE / kz40

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she accepts our terms and conditions as defined on the airwaybill attached to the shipment

Sheet: 3 of 5



| No. | Consignee/Contact Name | AWB/PieceID | Pcs CKPT | Orig Prod | Wt (KG) PU Date | Amount | Invoice | Name/Signature |
|---|---|---|---|---|---|---|---|---|
| 1 | KMG KASHAGAN B.V. / AB DUAKHITOVA GULDANA | 4502545095 JD01303B022860019472 | 1/1 | AMS D | 0,0 25.08.10 | OK | 16:35 | Савельев |
| 2 | COMMITTEE OF WA / MS K MUSINA | 3218691320 JD01304541239001 8431 | 1/1 | ZTZ X | 0,0 25.08.10 | OK | 10:05 | |
| 3 | MINISTRY / | 2531636783 JD01304449232004133 6 | 1/1 | ARN D | 0,0 27.08.10 | OK | 10:20 | |
| 4 | KOMITET / MIHALCHENKO | 2635888076 JD01304541095004574 0 | 1/1 | KYZ D | 0,0 25.08.10 | OK | 16:30 | |
| 5 | JSC MNK KAZMUNAI TENIZ / | 1273659601 JD01304205876004703 6 | 1/1 | OSL D | 0,0 26.08.10 | CA | | |
| 6 | MIN OF INDUSTRY / UZHK ENOV | 1754943245 JD01304541096002796 8 | 1/1 | TBS X | 0,0 25.08.10 | OK | 11-40 | |
| 7 | KTK / ZHUMIN K.R. | 9442876774 JD01304541096009170 9 | 1/1 | DME D | 0,0 27.08.10 | OK | 17:08 | |
| 8 | TOO MOSKVOSKAYA INVEST ITSIONNO-STRO / VOROBEVA | 3441026223 JD01304541096005067 4 | 1/1 | MOW D | 0,0 26.08.10 | OK | 16 | Буданова |
| 9 | ALTYNMED / ZHOLDOZH | 8225423802 JD01304541096005211 3 | 1/1 | DME X | 0,0 26.08.10 | OK | 14:00 | |
| 10 | KBV / MAIRA TURYSBEKOV A | 1506209370 JD01204205150032958 | 1/1 | AMS D | 0,0 24.08.10 | CA | | |
| 11 | SARYARKA-ENERGY LTD / BAKHTIYOR SAFIYAZOV | 8243859046 JD01304489576005442 2 | 1/1 | EIN D | 0,0 27.08.10 | OK | 16:40 | |
| 12 | SUMITOMO CORPORATION A STANA OFFICE / ASTZZ | 6589309862 JD01204238097001346 7 | 1/1 | TYO D | 0,0 24.08.10 | OK | | |
| 13 | KOMITET / KALABAYEV | 1427289942 JD01304547070002431 8 | 1/1 | ALA N | 0,0 28.08.10 | OK | 10:30 | |
| 14 | RGP KAZGIDROMET / IBRA EV | 2871344480 JD01304541096009553 7 | 1/1 | SCO N | 0,0 27.08.10 | OK | 16:35 | 31.08.10 |
| 15 | PROKURATURA / REC | 2870813385 JD01304541096009716 1 | 1/1 | GUW N | 0,0 27.08.10 | OK | 11:35 | |
| 16 | KTK / REC | 1427002846 JD01304541096009759 9 | 1/1 | GUW N | 0,0 27.08.10 | OK | 17:08 | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., <br><br> Petitioners, <br><br> v. <br><br> REPUBLIC OF KAZAKHSTAN, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-1638-ABJ |

### RESPONDENT REPUBLIC OF KAZAKHSTAN'S
### OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD

# EXHIBIT 6



## ARBITRATION INSTITUTE
OF THE STOCKHOLM CHAMBER OF COMMERCE

Stockholm, 13 September 2010

**The Republic of Kazakhstan**  *By registered mail*
Att: Ministry of Justice of the Republic
of Kazakhstan
House of the Ministries
Entrance 13
010000 Astana
Kazakhstan

116/2010
11

**Arbitration V (116/2010): 1. Anatolie Stati  2. Gabriel Stati  3. Ascom Group S.A**
**4. Terra Raf Trans Traiding Ltd. ./. The Republic of Kazakhstan**

Please find enclosed a letter from Anatolie Stati, Gabriel Stati, Ascom Group S.A and Terra Raf Trans Traiding Ltd. dated 13 September 2010.

Yours sincerely,

ARBITRATION INSTITUTE OF THE
STOCKHOLM CHAMBER OF COMMERCE

Christina Franzén-Papazov
Assistant
christina.franzen-papazov@chamber.se

Copy *(by e-mail)*:
Reginald R. Smith
Kenneth R. Fleuriet
Adrian Bulboaca

| Mailing address | Visiting address | Phone | Fax | E-mail | Webbsite |
|---|---|---|---|---|---|
| Box 16050 | Jakobs Torg 3 | +46 8 555 100 50 | +46 8 566 316 50 | arbitration@chamber.se | www.sccinstitute.com |
| SE-103 21 Stockholm | Stockholm | | | | |
| Sweden | Sweden | | | | |

# KING & SPALDING
INTERNATIONAL LLP

65-67 avenue des Champs Elysées
75008 PARIS
France

Tel: +33 (0)1 73 00 3900
Fax: +33 (0)1 73 00 3959
www.kslaw.com

Kenneth R. Fleuriet

September 13, 2010

Ms. Annette Magnusson
Secretary General
Arbitration Institute of the
Stockholm Chamber of Commerce
Jakobs Torg 3
P.O. Box 16050
SE-103 21 Stockholm
Sweden

116/2010
10

*via courier and email*

Re: Arbitration V (116/2010): *Anatolie Stati, Gabriel Stati, Ascom Group S.A., and Terra Raf Trans Traiding Ltd v. the Republic of Kazakhstan*

Dear Ms. Magnusson:

On behalf of our clients Anatolie Stati, Gabriel Stati, Ascom Group S.A., and Terra Raf Trans Traiding Ltd., we note that Kazakhstan has failed to submit an Answer to our clients' Request for Arbitration by its extended deadline of September 10, 2010. Kazakhstan previously failed to submit an Answer by its original deadline of August 26, 2010.

In accordance with Article 5(3) of the Arbitration Rules of the Stockholm Chamber of Commerce, "failure by the Respondent to submit an Answer shall not prevent the arbitration from proceeding." Pursuant to Article 13(3) of the Arbitration Rules, we hereby request that the Board of the Arbitration Institute of the SCC appoint an arbitrator on behalf of Kazakhstan so that the arbitration may proceed. We further request that the Board confirm Paris, France, as the seat of arbitration, as proposed in our clients' Request for Arbitration.

Thank you for your assistance with these matters.

Sincerely,

Reginald R. Smith
Kenneth R. Fleuriet

cc: Mr. Adrian Bulboaca

Cabinet de Solicitors and Registered Foreign Lawyers
Membres de la Law Society of England and Wales
Inscrit au Barreau de Paris en application de la Directive 98/5/CE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., <br><br> Petitioners, <br><br> v. <br><br> REPUBLIC OF KAZAKHSTAN, <br><br> Respondent. | Civil Action No. 1:14-cv-1638-ABJ |

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S
<u>OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD</u>**

# EXHIBIT 7

| | |
|---|---|
| SUEDE SWEDEN | MOTTAGNINGSBEVIS ADVICE of delivery | CN07 |

| Inlämningsställe Office of posting | Datum Date |
|---|---|
| | |

Adressatens namn eller firma Name of the addressee or firm
THE REPUBLIC OF KAZAKHSTAN
ATT: MINISTRY OF JUSTICE OF REP. KAZAKHSTAN

Försändelsen Nature of item

[X] Rekommenderat Registered mail

Inlämningsnummer Number of item

RR                                    SE

Priority
By airmail

A.R.

On postal service
Datumstämpel av serviceställe som återsänder mottagningsbeviset
Stamp of the office returning the advice

Fylls i på adressorten To be filled in at the place of destination

Försändelsen har The item has
[ ] lämnats ut been delivered

Datum och underskrift Date and signature

Återsänds till Return to

Arbitration Institute of the
Stockholm Chamber of Commerce
P O Box 16050
SE-103 21 Stockholm
Sweden

* This advice may be signed by the addressee or, if the regulations of the destination so provide, by another authorized person or by the official of the office of destination.